UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER FURLONGE,<br><br>      Plaintiff,<br><br>v.<br><br>BOSTON MEDICAL CENTER,<br>ALISTAIR BELL and<br>WALTER DABEK<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. § 1446, Defendants Boston Medical Center, Alistair Bell and Walter Dabek ("Defendants"), by and through their counsel of record, hereby file this Notice of Removal from the Superior Court for Suffolk County, Department of the Trial Court of the Commonwealth of Massachusetts, Civil Action No. 14-0298. In support of their Notice of Removal, Defendants state as follows:

    1.    Plaintiff filed a Complaint in Suffolk Superior Court on or about January 27, 2014. Defendants accepted service of a copy of the complaint and civil action cover sheet on or about January 29, 2014. True and correct copies of the complaint and civil action cover sheet in the Suffolk Superior Court action are attached hereto as Exhibit A.

    2.    In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendants were served with the summons and complaint.

B4222236v1

3. Plaintiff's Complaint alleges damages resulting from her termination of employment (1) in disregard of promises on which she detrimentally relied, (2) in violation of an implied contract based on policies and procedures set forth in a Policy and Procedure Manual, which was disregarded in her termination and (3) in violation of the protections of 42 USC § 1981. As Plaintiff asserts a claim based upon a federal statute, the United States District Court has original jurisdiction. *See* 28 U.S.C. § 1331.

4. Therefore, this case is removable to this Court pursuant to 28 U.S.C. § 1441.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this notice of removal with the Clerk of the Superior Court, Suffolk County, Commonwealth of Massachusetts, and will also serve a copy upon counsel of record.

WHEREFORE, Defendants request that the above action now pending against them in the Superior Court for Suffolk County, Department of the Trial Court of the Commonwealth of Massachusetts, Civil Action No. 14-0298, be removed to this Court.

Respectfully submitted,

BOSTON MEDICAL CENTER,
ALISTAIR BELL and
WALTER DABEK,

By their attorneys,

/s/ *Rebecca J. Sivitz*
Scott C. Merrill, BBO# 631008
Rebecca J. Sivitz, BBO# 684347
Foley Hoag LLP
155 Seaport Blvd.
Boston, Massachusetts  02210-2600
617-832-1000
smerrill@foleyhoag.com
rsivitz@foleyhoag.com

Dated:  February 21, 2014

CERTIFICATE OF SERVICE

I, Rebecca J. Sivitz, hereby certify that on this 21st day of February, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and caused a copy of the above document to be hand delivered to the following counsel for the plaintiff:

> Stephen Shultz, Esq.
> Engel & Shultz, LLP
> One Federal Street, Suite 2120
> Boston, MA  02110

/s/ *Rebecca J. Sivitz*
Rebecca J. Sivitz