UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| JENNIFER FURLONGE, ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 1:14-cv-10389-FDS |
| ) | |
| BOSTON MEDICAL CENTER ) | |
| and ) | |
| WALTER DABEK, ) | |
|     Defendants ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Jennifer Furlonge moves the Court to issue summary judgment in her favor on the issue of liability only on Count Two (Breach of Implied Contract) of the Second Amended Complaint.

> BY JENNIFER FURLONGE'S
> ATTORNEY
> */s/ Stephen Schultz*
> Stephen Schultz, Esq., BBO # 447680
> Engel & Schultz, LLP
> One Federal Street, Suite 2120
> Boston, MA 02110
> 617-951-9980
> sschultz@engelschultz.com

Date:   May 13, 2015

Certificate of Service

I, Stephen Schultz, hereby certify that on May 13, 2015, a true copy of the above document has been filed through the ECF system and thereby will be sent electronically to counsel for Defendants identified on the Notice of Electronic Filing.

> */s/ Stephen Schultz*
> Stephen Schultz