UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JENNIFER FURLONGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. |
| v. ) | 14-10389-FDS |
| ) | |
| **BOSTON MEDICAL CENTER,** ) | |
| **ALISTAIR BELL, and WALTER DABEK,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**SAYLOR, J.**

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that

JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY'S VERDICT IN FAVOR OF THE DEFENDANTS.

        **So Ordered.**

        **F. DENNIS SAYLOR, IV**
        **UNITED STATES DISTRICT JUDGE**


        /s/ Lisa Pezzarossi

        Deputy Clerk

Dated: November 8, 2016

NOTE: the post judgment interest rate effective this date is _____%